■ In the Matter of LONG ISLAND LIGHTING COMPANY, Appellant, v BOARD OF ASSESSORS OF THE COUNTY OF NASSAU et al., Respondents.—Appeal by the petitioner from stated portions of an order of the Supreme Court, Nassau County (Rossetti, J.), dated July 20, 1990.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Rosetti in the Supreme Court. Mangano, P. J., Harwood, Balletta and Eiber, JJ., concur.